United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-10501-amc
Michael C. Smith                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                  Page 1 of 2                  Date Rcvd: Mar 18, 2020
                              Form ID: 138NEW            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
```
db          +Michael C. Smith,    193 Hudson Drive,    Phoenixville, PA 19460-5649
13462102    +Abington Emergency Phys. Serv.,    1200 Old York Road,    Abington, PA 19001-3720
13462103    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13534532     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13462104    +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
13462099    +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
13462111    +Jill M. Kelly,    160 Avondale Road,    Jeffersonville, PA 19403-2952
13462112    +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
13490049    +Lakeview Loan Servicing, LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
13462115    +Montgomery County DRS,    1 Montgomery Plaza,    Norristown, PA 19401-4853
13462116     PA Department of Revenue,    P.O. Box 280603,    Harrisburg, PA  17128-0603
13462117     PA SCDU,    P.O. Box 69110,    Harrisburg, PA  17106-9110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:43    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:17:14    Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13462105    +E-mail/Text: notices@burt-law.com Mar 19 2020 04:23:04    Burton Neil, Esq.,
              Burton Neil & Associates,    1060 Andrew Drive, Ste. 170,    West Chester, PA 19380-5600
13493096    +E-mail/Text: bncmail@w-legal.com Mar 19 2020 04:22:12    CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13462106    +E-mail/Text: bankruptcy@usecapital.com Mar 19 2020 04:23:07    Capital Accounts,
              P.O. Box 140065,    Nashville, TN 37214-0065
13541771     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:17:17
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13462107     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:17:17
              Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT  84130-0281
13462109     E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:21:26    Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE  19850
13474973     E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:21:26    Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13462100    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 19 2020 04:22:06    Frederic J. Baker, Esquire,
              Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13462110     E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 19 2020 04:21:32    Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
13462108     E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 19 2020 04:16:34    Chase Bank USA, NA,
              P.O. Box 15298,    Wilmington, DE  19850
13462113    +E-mail/Text: csd1clientservices@cboflanc.com Mar 19 2020 04:22:53    Lancaster Collections,
              218 W. Orange Street,    Lancaster, PA 17603-3746
13462114     E-mail/Text: camanagement@mtb.com Mar 19 2020 04:21:37    M & T Bank,    P.O. Box 62182,
              Baltimore, MD  21264-2182
13462118     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:17:21
              Portfolio Recovery Associates,    120 Corporate Blvd., Ste. 100,    Norfolk, VA  23502
13543310     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:16:58
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13470405     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:59
              Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
              Harrisburg PA  17128-0946
13563903     E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:16:54    Synchrony Bank,
              c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
13462101*   +Michael C. Smith,    193 Hudson Drive,    Phoenixville, PA 19460-5649
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: dlv                    Page 2 of 2                   Date Rcvd: Mar 18, 2020
                               Form ID: 138NEW              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            DAVID B. SPITOFSKY     on behalf of Debtor Michael C. Smith spitofskybk@verizon.net,
             spitofskylaw@verizon.net
            JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
             ecfemails@ph13trustee.com
            KEVIN G. MCDONALD     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
             bkgroup@kmllawgroup.com
            THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Michael C. Smith
        Debtor(s)                                               Bankruptcy No: 15−10501−amc
                                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                                   Timothy B. McGrath
                                                                    Clerk of Court

Dated: 3/18/20

                                                                                                                 30 − 29
                                                                                                          Form 138_new